CV-16-HS-0053-M

# In the United States District Court
# For the Northern District of Alabama

2016 JAN 11 P 1:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

J.D. BENNETT

#182152X

○ PLAINTIFF ○

(Enter above the full name(s) of the Plaintiff(s) in this action)

V

1) NURSE GUTHERY
2) CORIZON HEALTH SERVICES

○ DEFENDANT(S) ○

(Enter above the full name(s) of the Defendant(s) in this action)

6 (six) PAGES TO THE "FORM"
" ___ " PAGES TO THE ADDITIONAL PAGE(S)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )    No ( )

   B. If you answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

          Plaintiff(s): _____ N/A

          Defendant(s): _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)

          _____ N/A

      3.  Docket Number _____

      4.  Name of judge to whom case was assigned _____



① FORM

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition

II. Place of present confinement ST. CLAIR PRISON; SPRINGVILLE, ALABAMA 35146

A. Is there a prisoner grievance procedure in this institution?

Yes ☒   No ( )   CORIZON CORPORATION TACTIC

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ☒   No ( )

C. If your answer is YES:

1. What steps did you take? FILED GRIEVANCE WITH CORIZON AT ST. CLAIR PRISON STATING THE COMPLAINT on 12/31/15

2. What was the result? NOTHING. WHEN ANSWER ARRIVES IT the answer WILL PATRONIZE PLAINTIFF BENNETT AND CONCLUDE WITH OBVIOUS BIAS IN FAVOR OF CORIZON.

D. If your answer is NO, explain why not? N/A

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Jerry Dale Bennett #182152 A.D.O.C. INMATE STATIONED AT ST. CLAIR PRISON, address below:

Address J.D. BENNETT #182152X; S.C.C.F. N-48 1000 ST. CLAIR PRISON; SPRINGVILLE, ALABAMA 35146

(2) FORM

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **1) NURSE GUTHERY** is employed as **CORIZON SPECIALIST / CHRONIC CARE** at **ST. CLAIR PRISON INFIRMORY**

C. Additional Defendants **2) CORIZON HEALTH SERVICES** contracted health-care provider for inmates of A.D.O.C. address is: ST. CLAIR PRISON INFIRMORY CORIZON ADMINISTRATION § 1000 St. Clair Road Springville Alabama 35146.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

\* Please see additional pages attached hereto — start NEXT PAGE —

\* Please see additional pages attached hereto ← start next page →

(3)

FORM

_____ - see additional pages - _____

_____

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

o TRIAL BY JURY, Fed. R. Civ. Proc.,
o Compensatory, Punitive monetary awards to be paid to Plaintiff BENNETT by Defendants #1 and #2 DIRECTLY. CASH AMOUNT(S) TO BE SET BY JURY. Declaratory Judgment by Fed. Dist. Ct. for the N. Dist. of Ala. S. Div. ———
see attached additional pages for details on ➂ (RELIEF REQUESTED!)

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2016
(date)

JD Bennett #182152X
PRO SE
* address: J.D. BENNETT #182152X
S.C.C.F. N-48
1000 St. Clair Road
Springville, Alabama
- 35146.

Signature(s)

(4) FORM

IN THE UNITED STATES DISTRICT FEDERAL COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

J.D. BENNETT 182152X )
    PLAINTIFF )
 )  CIVIL ACTION CASE NUMBER:
Vs. )
  1) NURSE GUTHERY )  { to be supplied by Court Clerk }
  2) CORIZON HEALTH SERVICES )
    DEFENDANT(S) )

* ADDITIONAL PAGE(S) ATTACHED TO 42 USC §1983 FORM *

APPEARS NOW the Plaintiff, Jerry Dale Bennett (hereafter BENNETT) pro se, RESPECTFULLY and HUMBLY requesting that the Honorable District Court of Alabama, INTERVENE subsequently allowing litigation to commence immediately pursuant 42 USC §1983 because State Agent Defendants #1 and #2, as above, have violated the FEDERALLY MANDATED PROTECTIVE STANDARDS ERECTED TO SAVE BENNETT GOVERNMENTAL TAKING, ABUSE, INTRUSIONS WITHOUT DUE PROCESS OF LAW. BENNETT SUFFERS.

** BENNETT HUMBLY REQUESTS THAT THIS HONORABLE Court ALLOW LITIGATION TO COMMENCE IMMEDIATELY BECAUSE STATE AGENT ABUSE(S) FIND BENNETT LEFT IN TORMENTING, TORTUROUS, CONDITION WHILE SUFFERING STATE IMPOSED SENTENCE OF PUNISHMENT.

* JURISDICTIONAL STATEMENT *

* This Honorable U.S. District Court for the Northern District of Alabama (BIRMINGHAM, ALABAMA) enjoys jurisdictional authority over the Litigants herein as the incident(s) that are occurring are in St Clair County,

-1-

NEXT →
page #1 of 10

(continued "jurisdiction" from previous page #1) JURISDICTION:

... ST. CLAIR PRISON, Springville, Alabama 35146.
BENNETT PLAINTIFF hereof, address: J.D. BENNETT #182152X S.C.C.F. N-48, 1000 St Clair Road; Springville, Alabama 35146.

o Defendant #1, NURSE GUTHERY (address, ST. CLAIR PRISON/INFIRMORY/CORIZON ADMINISTRATION; 1000 ST. CLAIR ROAD, Springville, Alabama, 35146;

o Defendant #2, CORIZON CORPORATION, address: CORIZON St Clair Prison Infirmory; 1000 St Clair Road; Springville, Alabama, 35146.

o NURSE GUTHERY AND CORIZON HEALTH SERVICES ARE STATE AGENT(S) via contract with State of Alabama to provide medical services for inmates of Alabama Department of Corrections. Both work at St Clair Prison Infirmory St. Clair County.

o BENNETT is a LIFE WITHOUT PAROLE INMATE OF A.D.O.C. and has been in custody for 21 (twenty-one) years, 1995 to 2016, BENNETT is disabled due to spinal issue(s) has 2 (two) plastic discs, and 2 (two) titanium metal cages on spine. Bennett has nerve damage and because of said implements with the nerve damage BENNETT can not perform lifes daily activities without experiencing pain, severe, or has an inability to perform the activity at all.

o BENNETT as a disabled person is qualified to utilize the A.D.A. (Americans with Disabilities Act of 1990, 42 USC §12101) and it's protections.

o Bennett is incarserated and is protected by Amendments of the U.S. Constitution, (5, 6, 8, 14) to ensure BENNETT receives necessary life embodiments to include medical services with an EVOLVING STANDARD OF DECENCY, BENNETT is not to endure tormenting, torturous, punishments while serving in prison punishments and government, or agents thereof are compelled to utilize DUE PROCESS when disciplining inmates.

(continued from previous page #2, JURISDICTION) & — FURTHER, BENNETT will show unto this Court that state agent, NURSE GUTHERY, defendant #1, OUTRIGHT refused BENNETT the medicinal, pill form, CURE for Hepititis C Disease that BENNETT was infected with "in custody" of A.D.O.C. leaving BENNETT to suffer.

o Also, BENNETT will show that CORIZON, medical services corporation contracted by State of Alabama, entrusted with AUTHORITY OF Alabama, to determine the medical services, treatment, diagnosis, all aspects thereof, concerning medical issue(s) of inmates of A.D.O.C. is without question ABUSING SAID AUTHORITY, thereby abusing inmates, adding tremendous burdens to in-prison punishments.

o BENNETT will show that the CORIZON, defendant #2, is adding to in prison punishment without utilizing DUE PROCESS.

o BENNETT will show that CORIZON, defendant #2, is violating state criminal code against inmate Bennett plaintiff hereof. Committing state torts.

o BENNETT will show that by CORIZON'S actions/inactions there is a REAL danger to the Public, American Citizens, that are free members of society unaware that CORIZON is enabling the growth of a infectious contagious disease, HEPITITIS C, in prison with REAL possibilities of infecting public, free American Citizens;

* FACT(S) RELEVANT TO "OUTRIGHT REFUSAL" by Defendant #1 Nurse Guthery to provide CURE *

1. INCIDENT occurred on December 23, 2015, at St. Clair Prison Infirmary.
2. BENNETT was summoned to infirmary for "Chronic Care Interview".
3. Nurse that was assisting, Nurse Bowman, CORIZON employee, took BENNETTS weight, wrote down numbers, vital signs, body tempature then placed BENNETS medical file on NURSE GUTHERY'S DESK.
#4 Nurse Guthery, defendant #1, is the "Chronic Care Specialist" for CORIZON and he, Guthery, picked through medical file to blood sample test results (just completed at first of month) speaking to BENNETT about daily symptoms BENNETT suffers.
5. Approximately 7 to 10 days before interview BENNETT had witnessed a television commercial for the CURE, pill form, for Hepititis C Disease BENNETT was relieved, happy, that the Hepititis C Disease and symptoms

-3-

CONTINUED #5 -- would no longer be a part of BENNETTS life. BENNETT sent in a request to Nurse Guthery, CORIZON, Chronic Care, to be provided the HARVONI medicinal, pill form, CURE for Hepititis C Disease.

#6 - BENNETT interrupted Guthery on December 23, 2015, Chronic Care Interview to ask Nurse Guthery, defendant #1, if Guthery had recieved the request from BENNETT. BEFORE BENNETT could finish the sentence Nurse Guthery interrupted BENNETT and said to BENNETT "... Oh yes, the HARVONI,... Guthery hesistated and BENNETT felt relieved and happy to hear the name HARVONI again. Guthery then finished the sentence ... I can tell you right now that's not going to happen..."

#7 BENNETT was emotionally crushed to hear this. BENNETT attempting to try again was stopped short by Nurse Guthery "...it really an expensive treatment..." then looking toward Nurse Bowman a few feet a way Guthery elicited the comment from Nurse Bowman - "Oh yes it's high... really expensive..." BENNETT is dulled now... excitement gone... Guthery attempts to access website for HARVONI it fails Guthery then BLURTS OUT VERY LOUDLY "...It's 90,000 (ninety thousand) dollars!"

#8. BENNETT tries to get Nurse Guthery to understand the daily symptoms - Guthery replies "Bennett your numbers are fine." BENNETT says - But I don't want to experience any more "EPISODES", Guthery returns with "...there's only been 1 (one) time your numbers have been elevated since 2010..." Bennett shook head and said No, it's been 3 (three) times since then, but the lethargic feelings everyday and pain in my side ,,, Guthery interrupted Bennett again, "Look Bennett, (pointing to a piece of yellowish paper with bold type Bennett can't read it no glasses) your level must be at (2.0 or .20 @ two point oh or point two oh) before "they" (CORIZON) have to give you the treatment." BENNETT was upset and

-4-

O NEXT → { page #4, #10

{ BENNETT v GUTHERY et al }   -5-   { January 2016 }

#8 Bennett left interview with Guthery and filed grievance to Corizon on December 31, 2015. NO ANSWER.

#9 BENNETT files this 42 USC §1983 complaint form, January 2016.

### ✴ FACT(S) RELEVANT TO CLAIM/ISSUES ✴

1. Bennett is incarserated American Citizen entitled to all Federally Mandated Rights associated with same, Congressional Acts ie Americans with Disabilities Act 1990, 42 USC §12101, Federal Code, Federal Court opinions rulings further the State of Alabama protects disabled, incarserated, American, Alabamian, Citizens with Constitution 1901 Art I §§ 1-25, Alabama Code 1975 § 14, 13A, State Court Rulings/Opinions,
   - A) Medical Services: ESTELLE V GAMBLE — US — (1976)
   - B) Protection from unconstitutional Conditions BROWN V PLATA — US — (2010)
   - C) Right of disabled to public services 42 USC §12101
   - D) protection from harm Farmer V Brennan — US — (1991)

2. Defendant #1, Nurse Guthery, did in fact REFUSE to treat BENNETT with medicinal, pill form, CURE for Hepititis C Disease. stating the protocols/directives of CORIZON, defendant #2, would not allow the CURE be provided until BENNETTS body was physically damaged, internal organ damage brought on by Hepititis C Disease, ie: CIRROHSIS of Liver - a cancer - hardening of liver and same begins to fail flooding bloodstream with toxin, poison, bile. This level of toxin, poison, bile is measurable but shows that the liver is failing to operate.

3. Defendant #2, CORIZON, has manipulated the Chronic Care Interveiws with Blood testing every 4 (four) months, "EPISODES" (last five →

-5-

next page —
p. 5 of 10

continuation of #3 - to seven 24 hour periods (days). The blood tests will not show 'EPISODES' (liver begins to fail flooding the blood stream with toxins, poisons, bile but resumes function and the liver does filter the said poisons cleaning up the blood before tests are done) The "LEVELS" that must be reached before CORIZON will issue the "CURE" for Hepititis C are unreasonable, malicious, and do cause permenant irreperable damage to the human body.

#4. BENNETT is currently under the mental duress of in prison punishment having served 21 years on indefinite sentence of Life without the possibility of parole BENNETT is to be in custody A.D.O.C. until death. BENNETT is a life long ward of the state of Alabama and indigent. There is no other medical provider, no other medical services option for BENNETT to utilize. CORIZON, defendant #2, will not hear arguments from convicts especially those that are not "cost effective" as CORIZON is a PROFIT MAKING CORPORATION.

#5. BENNETT is compelled by Defendant(s) 1 and 2 to suffer the daily symptoms of Hepititis C Disease and these will elevate to terrifying levels unexpectantly lasting five to seven days. Daily symptoms include pain, REAL PAIN, in the Right side abdominal area (same area a swollen lump beneath the skin as large as an adult male fist) that is normally a constant dull punching feeling but will throughout the day at various times surprise BENNETT with knife sharp sticking pain in same right side abdominal area. Daily there is a lethargic manner feeling of exhaustion, tired although no exercise/work has been performed. Mental there is a dullness that comes with feeling nauseated/sick, appetite is affected - weight fluxuation a result BENNETT is AT 179lbs to 195lbs but before 2010 BENNETT'S weight was 215 to 225 lbs. Skin discoloration is mild daily slight yellowing of skin. Urine/Stools will vary.

#6. BENNETT emotional anguish will turn to panic if urine/stool is discolored too much because this will signal the coming of an "EPISODE". The 'EPISODE', liver failing, will result in DEATH if the liver fails to regain composure and work properly again. Everytime an EPISODE occurs there is the possibility of BENNETT dying. Bennett has suffered through 3 (three) of these EPISODES since 2010.

#7 Chronic Care Nurse Guthery stated CORIZON only has 1 (one) episode registered on the books. Thats because the blood tests are performed every 4 (four) months. There is ALOT missed during that time and Nurse Guthery AND CORIZON both know this.

#8. BENNETTS in prison punishment is tormenting, torturous, and mental duress a constant aspect of LIVING WITH DISEASE. ESPECIALLY in a communal enviroment with UNINFECTED inmates that will be aggressive/violent towards the Hepititis C Disease carriers. The NON-INFECTED show bias/prejudice toward the infected regularly. At St. Clair prison the matter is worsened by a non-infected cell partner living close-quarters with a infected carrier of Hepititis C Disease. There is always a constant worry that Hepititis C Disease being CONTAGIOUS that the UN-INFECTED will become infected. Illiteracy is rampant among Convicts as is mental afflictions any knowledge to be read is most likely put aside.

#9. BENNETT suffers anguish over whether or not a human-being will become infected by Bennett during a 'EPISODE' where the disease is at it's strongest to be contracted/passed on to UNKNOWING, UNSUSPECTING, NON-INFECTED inmates, civilian workers also. The disease can be passed at anytime not just at an episode - in a communal enviroment the possibilities are very high. Bennett contracted the Hepititis C Disease while in custody of ADOC. In 2003, July, Bennett was questioned and given test for Hepititis C Disease before surgery, neurosurgeon Dr. Craddock, at Carroway Hospital Birmingham, Alabama, performed spinal surgery. Test was Negative. Bennett tested positive in 2010.  NEXT→

#10. The Defendants 1 and 2 know BENNETT is suffering PAIN, REAL SUBSTANTIAL pain, emotional duress, torturous, tormenting living conditions with a disease that possibly could take Bennetts life. The defendant #2, CORIZON, has abused the trusted Authority to provide medical services by setting a "level" before treatment will be given. This level calls for PERMENANT IRREPARABLE physical damage to BENNETTS body. This is defined in Alabama Code 1975 § 13A, as Assault (all degrees) further not giving the CURE when the Hepititis C Disease commands EPISODES of liver failure is ATTEMPTED MURDER, Alabama Code 13A. Under title 14, Alabama Code 1975, Maltreatment of Prisoner(s).

#11. BENNETT requested and was denied HARVONI pill form medication, 12 weeks, one pill a day, subject will test negative for Hepititis C Disease. If Bennett would be provided with the HARVONI now before CIRROHSIS of liver begins the damage completed to internal organs, tissues, and cells from 3 (three) episodes, and approximately 6 (six) or more years of daily symptoms. would still be present. There is no "cure" for damage done but CURE would stop any more damage from happening.

#12. Said damage will result in a shortening of Bennetts life's span. Bennett was sentenced to punishment IN PRISON for life there was never a sentence pronounced against Bennett to be tortured, tormented, to an early death.

#13. At no time was BENNETT afforded DUE PROCESS protections during the judgment to DENY/REFUSE pill form CURE for Hepititis C Disease Bennett suffers daily with.
* There was no NOTICE, NO FAIR AND IMPARTIAL HEARING with adequate representation to defend Bennetts LIFE; but as the defendant(s) are well aware the REFUSAL—

to provide CURE ensures that BENNETTS in-prison punishment will be enhanced possibly put to <u>death</u> by Disease Hepititis C. The defendants know that mental anguish, depression, would come with the diseases daily symptoms, possible EPISODES. Defendants know that Bennett will suffer the daily emotional trauma of being an infected carrier of Hepititis C Disease among the <u>UNINFECTED</u> prison inmates living in close quarters, communal enviroment, civilian workers near. Bennett could infect them with contagious disease at any time. Not only does the Defendant(s) 1 and 2 remain deliberately indiffrent to the serious medical needs of Bennett but patently show A TOTAL DISREGARD FOR HUMAN LIFE by allowing the infectious, contagious, disease Hepititis C exist in such a enviroment with civilian employees ever present around convicts that can carry the disease to the free world, The Public, American Citizens that unknowingly are to be infected.

Wherefore above stated premises considered Bennett prays this Honorable Federal Court act as soon as possible to stop the advancement of Hepititis C Disease into the communities surrounding St Clair Prison.

Requested Relief,

Bennett demands <u>trial by jury</u> The Public NEEDS to view these facts. <u>Fed. R. Civ. Proc.</u>

Bennett sues both Defendants #1 and #2 in their official and non-official capacities for violating Bennetts Federally mandated rights and state torts

next page →

(10)

p. 10 of 10
*END*

Assault (all degrees) Attempted Murder, and Maltreatment of Prisoners.

o Bennett seeks monetary damages award of 50,000.00 to 100,000.00 (fifty to one hundred thousand dollars US currency. Amount to be set by Jury. Compensatory damages are to be paid by Defendants #1 and #2 SEVERALLY.

o Bennett seeks Punitive damages award of 200,000 to 250,000 (two hundred to two hundred and fifty thousand dollars US currency. Punitive Damages are to be paid by Defendants to Plaintiff JOINTLY.

Bennett seeks Declaratory Judgment award:
  Finding:
    Defendants 1 and 2 have violated the Federally mandated Rights of Bennett by same not providing the CURE for disease Bennett suffers with daily that compounds in-prison punishment to TORMENT, mental anguish, physical pain.
    From this day on there will be no Hepititis C Diseased inmates DENIED the cure upon the request of inmate to provide CURE.

o I, Jerry Dale Bennett, certify under penalty of perjury the above stated facts pages 1-10 hereof are true and correct to the best of my ability and understanding

o Done this the 10th day of January 2016.

Respectfully,
J.D. Bennett pro se
—Jerry Bennett #180152x
S.C.C.F. N-48
1000 St Clair Road
Springville, Ala 35-10.